IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| JOHN SOLAK and DENNIS O'ROURKE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HOME DEPOT, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | <br><br><br><br><br><br>Case No. 1:14-cv-2856-WSD |

## <u>MOTION TO DISMISS THE COMPLAINT</u>

NOW COMES Defendant The Home Depot , Inc. ("Defendant"), by counsel, and respectfully moves the Court, pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), to dismiss the Complaint in this action.

This case is one of several putative consumer class actions that have been filed in the last month in connection with a criminal intrusion into Home Depot's data systems.  Plaintiffs John Solak and Dennis O'Rourke ("Plaintiffs") allege that the criminal intrusion caused them to become the targets of "imminent" and "impending" "increased threat of identity theft and fraud."  Compl., Doc. 1, ¶¶ 21, 23.  They seek to represent 50 statewide classes on claims of negligence, unjust

enrichment, bailment, and breach of implied contract.  They also seek to represent 37 statewide classes under specific state data-breach statutes.

As explained in more detail in the incorporated and attached memorandum of law, Plaintiffs' claims fail as a matter of law for three reasons:

(1)  Plaintiffs lack Article III standing to bring these claims because they have not alleged nor suffered any injury-in-fact.  Speculative claims of hypothetical future identity theft or fraud are not sufficient to confer standing.  Mr. O'Rourke's alleged injury—a $49.99 fraudulent charge— is likewise insufficient to establish injury-in-fact because he does not allege that he actually incurred that loss (*i.e.*, that he was not reimbursed for it) and he does not plausibly allege that the purportedly fraudulent charge can be fairly traced to the Home Depot data breach.

(2) Plaintiffs also lack standing to represent purported statewide classes of plaintiffs from states where neither Plaintiff made a Home Depot purchase nor where either Plaintiff resides.   The unnamed class members' claims do not confer standing on these Plaintiffs.

(3) Plaintiffs' claims also fail as a matter of law.  They have no private right of action to bring their data-breach claim, and the statute does not apply to Home Depot.  And they cannot plausibly plead the required elements for their negligence, breach of implied contract, bailment, and unjust enrichment claims.

Accordingly, Home Depot respectfully requests that this Court dismiss the Complaint with prejudice.

Respectfully submitted, this 13th day of October, 2014.

/s/ Phyllis Sumner
Phyllis B. Sumner
Georgia Bar No. 692165
S. Stewart Haskins II

Georgia Bar No. 336104
J. Andrew Pratt
Georgia Bar No. 465311
KING & SPALDING LLP
1180 Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 572-4600
Facsimile: (404) 572-5100
psumner@kslaw.com
shaskins@kslaw.com
apratt@kslaw.com

*Counsel for Defendant*

## **CERTIFICATE OF COMPLIANCE**

Pursuant to L.R. 7.1D, the undersigned certifies that the foregoing complies with the font and point selections permitted by L.R. 5.1B.  This Motion was prepared on a computer using the Times New Roman font (14 point).

Respectfully submitted, this 13th day of October, 2014.

*/s/ Phyllis Sumner*
Phyllis B. Sumner
Georgia Bar No. 692165

## <u>CERTIFICATE OF SERVICE</u>

The undersigned counsel for Defendant Home Depot U.S.A., Inc.

hereby certifies that a true and correct copy of the foregoing was filed on October

13, 2014 with the Court and served electronically through the CM-ECF (electronic

case filing) system to all counsel of record registered to receive a Notice of

Electronic Filing for this case.  I further certify that a true and correct copy of the

foregoing was served by U.S. Mail, postage prepaid, this 13th day of October,

2014, on the following:

Amy Wellington
Federman & Sherwood
10205 N. Pennsylvania Avenue
Oklahoma, OK 73120

Cornelius P. Dukelow
Abington Cole
Suite 1130
320 South Boston Avenue
Tulsa, OK 74103

*/s/ Phyllis Sumner*
Phyllis B. Sumner
Georgia Bar No. 692165