UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHN SOLAK and DENNIS O'ROURKE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE HOME DEPOT, INC., a Delaware corporation,<br><br>Defendant. | Case No. 1:14-cv-02856-WSD<br><br>Jury Trial Demanded |

**CONSENT MOTION TO EXTEND DEADLINES REGARDING**
**DEFENDANT'S MOTION TO DISMISS**

NOW COMES Plaintiffs John Solak and Dennis O'Rourke ("Plaintiffs"), by counsel, and respectfully move the Court, pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), to extend the time within which Plaintiffs and Defendant are required to respond and reply to Defendant's Motion to Dismiss the Complaint [Doc. 12] in this action.

This action is in its early stages and is very complex. Plaintiffs have requested, and Defendant has agreed to, a three-week extension within which Plaintiffs are required to respond to Defendant's Motion to Dismiss the Complaint, through and

1

including November 17, 2014. Defendant has requested, and Plaintiffs have agreed to, a one-week extension within which Defendants shall reply to Plaintiffs' response, through and including December 8, 2014. Plaintiffs respectfully submit that the requested extensions will not prejudice either party or unduly delay this proceeding.

A proposed order is attached hereto as Exhibit A.

Submitted this 21st day of October, 2014.

                              Respectfully submitted,

                              /s/ James M. Evangelista
                              James M. Evangelista
                              Georgia Bar No. 707807
                              Jeffrey R. Harris
                              Georgia Bar No. 330315
                              Darren W. Penn
                              Georgia Bar No. 571322
                              **HARRIS PENN LOWRY LLP**
                              400 Colony Square, Suite 900
                              1201 Peachtree Street, NE
                              Atlanta, GA 30361
                              404.961.7650 (*telephone*)
                              404.961-7651 (*facsimile*)

                              William B. Federman
                              Oklahoma Bar No. 2853
                              Amy H. Wellington
                              Oklahoma Bar No. 9467
                              **FEDERMAN & SHERWOOD**

        10205 N. Pennsylvania Avenue
Oklahoma City, Oklahoma 73120
405.235.1560 (telephone)
405.239.2112 (facsimile)
wbf@federmanlaw.com
ahw@federmanlaw.com
www.federmanlaw.com

and

Cornelius P. Dukelow
Oklahoma Bar No. 19086
**ABINGTON COLE**
320 South Boston Avenue, Suite 1130
Tulsa, Oklahoma 74103
918.588.3400 (telephone & facsimile)
cdukelow@abingtonlaw.com
www.abingtonlaw.com

*Counsel to Plaintiffs*

## CERTIFICATE OF COMPLIANCE
## WITH LOCAL RULE 5.1

I hereby certify that this document has been prepared in Times New Roman 14-point font, which is one of the font and point selections approved by the Court in LR 5.1C.

Dated:  October 21, 2014

/s/  James M. Evangelista
James M. Evangelista

## CERTIFICATE OF SERVICE

I hereby certify that on this day I served the above and foregoing CONSENT MOTION TO EXTEND DEADLINES REGARDING DEFENDANT'S MOTION TO DISMISS on all parties by causing a true and correct copy to be filed with the court's electronic filing system, which should automatically send a copy to all counsel of record.

Dated:  October 21, 2014                /s/ James M. Evangelista
                                        James M. Evangelista